IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | 1:12-cv-00386-AWI-GBC-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME |
| vs. | (Docket #10) |
| JEANNIE WOODFORD, | |
| Defendant. | |

Plaintiff Steve Wilhelm ("Plaintiff") is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2012, the Court ordered Plaintiff to submit a certified copy of his prison trust account statement. (Doc. #9.) On May 31, 2012, Plaintiff filed a motion requesting an extension of time to submit his trust account statement. (Doc. #10.) Plaintiff submitted a trust account statement on June 12, 2012. (Doc. #11.)

Good cause having been demonstrated, Plaintiff's May 31, 2012 motion to extend to is GRANTED and Plaintiff's June 12, 2012 submission will be regarded as timely filed.

IT IS SO ORDERED.

Dated:   **January 7, 2013**              /s/ **Stanley A. Boone**
                                           UNITED STATES MAGISTRATE JUDGE